Same case below, 616 F.3d 773.

**No. 10-7363. Natarajan Venkataram, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 809, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9485.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 356 Fed. Appx. 541.

**No. 10-7369. Ramon Laroi Shorter, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 809, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9584.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7372. Jimmy Anfield, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 809, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9557.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-7376. Omarr Lowe, Petitioner v. United States.**

562 U.S. 1096, 131 S. Ct. 809, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9473.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 389 Fed. Appx. 561.

**No. 10-7379. Derrick Lamont Massenburg, Petitioner v. United States.**

562 U.S. 1097, 131 S. Ct. 810, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9550.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 371.

**No. 10-7383. Enoch Huff, Petitioner v. United States.**

562 U.S. 1097, 131 S. Ct. 810, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9502.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-7389. Stephen Michael Mobley, Petitioner v. United States.**

562 U.S. 1097, 131 S. Ct. 810, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9457.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 618 F.3d 539.

**No. 10-7391. Omar Sierra, Petitioner v. United States.**

562 U.S. 1097, 131 S. Ct. 810, 178 L. Ed. 2d 541, 2010 U.S. LEXIS 9451.

December 6, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 390 Fed. Appx. 793.